**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: SYLVITE SOUTHEAST, LTD.  § Case No. 8:11-bk-22154-KRM
  §
  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

CAROLYN R. CHANEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,566.71    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $10,742.66

---

3) Total gross receipts of $ 24,309.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $24,309.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,742.66 | 10,742.66 | 10,742.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,286.15 | 1,286.15 | 1,286.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,801,511.92 | 2,767,683.80 | 2,767,683.80 | 12,280.56 |
| **TOTAL DISBURSEMENTS** | $2,801,511.92 | $2,779,712.61 | $2,779,712.61 | $24,309.37 |

4) This case was originally filed under Chapter 7 on December 01, 2011. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2014     By: /s/CAROLYN R. CHANEY
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Platinum Bank checking account | 1129-000 | 262.62 |
| Receivable due from Sylvite Terminal | 1121-000 | 20,000.00 |
| 2004 GMC Yukon | 1129-000 | 4,000.00 |
| Misc. office furniture (2 desks, 4 filing cab) | 1129-000 | 46.75 |
| **TOTAL GROSS RECEIPTS** | | **$24,309.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAROLYN R. CHANEY | 2100-000 | N/A | 3,180.94 | 3,180.94 | 3,180.94 |
| CAROLYN R. CHANEY | 2200-000 | N/A | 110.56 | 110.56 | 110.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| ALLAN C. WATKINS, ESQUIRE | 3210-000 | N/A | 5,800.00 | 5,800.00 | 5,800.00 |
| ALLAN C. WATKINS, ESQUIRE | 3220-000 | N/A | 35.31 | 35.31 | 35.31 |
| Jim Mitchell, CPA | 3410-000 | N/A | 1,002.00 | 1,002.00 | 1,002.00 |
| BAY AREA AUCTION SERVICES, INC. | 3610-000 | N/A | 8.50 | 8.50 | 8.50 |
| BAY AREA AUCTION SERVICES, INC. | 3620-000 | N/A | 21.50 | 21.50 | 21.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.73 | 32.73 | 32.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.60 | 54.60 | 54.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.53 | 49.53 | 49.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.74 | 47.74 | 47.74 |
| Rabobank, N.A. | 2600-000 | N/A | 36.88 | 36.88 | 36.88 |
| Rabobank, N.A. | 2600-000 | N/A | 32.22 | 32.22 | 32.22 |
| Rabobank, N.A. | 2600-000 | N/A | 33.33 | 33.33 | 33.33 |
| Rabobank, N.A. | 2600-000 | N/A | 36.73 | 36.73 | 36.73 |
| Rabobank, N.A. | 2600-000 | N/A | 35.52 | 35.52 | 35.52 |
| Rabobank, N.A. | 2600-000 | N/A | 32.04 | 32.04 | 32.04 |
| Rabobank, N.A. | 2600-000 | N/A | 37.71 | 37.71 | 37.71 |
| Rabobank, N.A. | 2600-000 | N/A | 34.23 | 34.23 | 34.23 |
| Rabobank, N.A. | 2600-000 | N/A | 33.04 | 33.04 | 33.04 |
| Rabobank, N.A. | 2600-000 | N/A | 37.55 | 37.55 | 37.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$10,742.66** | **$10,742.66** | **$10,742.66** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Internal Revenue Service | 5800-000 | N/A | 1,286.15 | 1,286.15 | 1,286.15 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,286.15 | $1,286.15 | $1,286.15 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7300-000 | N/A | 7,800.00 | 7,800.00 | 0.00 |
| 2 | Uralkali Trading, S.A. | 7100-000 | 2,727,601.16 | 2,759,883.80 | 2,759,883.80 | 12,280.56 |
| NOTFILED | Sylvite Southeast, LLC | 7100-000 | 73,910.76 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,801,511.92 | $2,767,683.80 | $2,767,683.80 | $12,280.56 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:11-bk-22154-KRM  **Trustee:** (290680) CAROLYN R. CHANEY
**Case Name:** SYLVITE SOUTHEAST, LTD.  **Filed (f) or Converted (c):** 12/01/11 (f)
 **§341(a) Meeting Date:** 01/05/12
**Period Ending:** 06/12/14  **Claims Bar Date:** 04/04/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Platinum Bank checking account | 103.78 | 103.78 | | 262.62 | FA |
| 2 | Receivable due from Sylvite Terminal | 1,151,233.72 | 1,151,233.72 | | 20,000.00 | FA |
| 3 | Receivable due from Tri-State Plant Food, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2004 GMC Yukon | 1,000.00 | 1,000.00 | | 4,000.00 | FA |
| 5 | Misc. office furniture (2 desks, 4 filing cab) | 500.00 | 500.00 | | 46.75 | FA |
| 5 | **Assets** Totals (Excluding unknown values) | **$1,152,837.50** | **$1,152,837.50** | | **$24,309.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/03/12- filed application to employ atty for Trustee.  Mar. 2012 - file check; negotiating settlement of receivable.  06/13/12 - filed report of sale of receivable.

6/19/12 - filed report of sale of vehicle.  06/19/12 - filed application to employ auctioneer and report of sale of office furniture.

06/19/12 - claims register reviewed.  07/11/12 - issued bill of sale to Greenwood Chevrolet.

09/07/12 - received funds from settlement of receivable.  11/07/12 - filed application to pay auctioneer and notice of filing report of sale from auction; referral to CPA for final estate return.  12/07/12 - payment to auctioneer.  08/09/13 - filed tax returns w/ IRS.  TFR filed 11/26/13.  TFR approved and NFR mailed 12/02/13.  Distribution to creditors 01/24/14.  02/26/14 - file check; 1 check to clear.

04/07/14 - file check; all checks cleared; prepare for TDR.  TDR filed 06/11/14.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2012  **Current Projected Date Of Final Report (TFR):**  November 26, 2013  (Actual)

Printed: 06/12/2014 11:39 AM    V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 8:11-bk-22154-KRM | | Trustee: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|---|
| Case Name: | SYLVITE SOUTHEAST, LTD. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******22-66 - Checking Account |
| Taxpayer ID #: | **-***9840 | | Blanket Bond: | $64,000,000.00  (per case limit) |
| Period Ending: | 06/12/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/13/12 | {1} | Sylvite LLC | Funds in checking and petty cash | 1129-000 | 262.62 | | 262.62 |
| 06/28/12 | {4} | Greenwood Chevrolet | Sale of 2004 GMC Yukon, per notice 6/19/12. | 1129-000 | 4,000.00 | | 4,262.62 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,237.62 |
| 08/08/12 | {5} | Bay Area Auction Services, Inc | Proceeds from auction, per notice 6/19/12. | 1129-000 | 46.75 | | 4,284.37 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,259.37 |
| 09/07/12 | {2} | Saunders Law Group | Sale of account receivable, per notice 6/26/12. | 1121-000 | 20,000.00 | | 24,259.37 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.73 | 24,226.64 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.60 | 24,172.04 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.53 | 24,122.51 |
| 12/07/12 | 101 | BAY AREA AUCTION SERVICES, INC. | Ref # AUCTIONEER FEE - Order Approving Doc. #31 | 3610-000 | | 8.50 | 24,114.01 |
| 12/07/12 | 102 | BAY AREA AUCTION SERVICES, INC. | Ref # AUCTIONEER EXPENSE - Order Approving Doc. #31 | 3620-000 | | 21.50 | 24,092.51 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.74 | 24,044.77 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029068088 20130110 | 9999-000 | | 24,044.77 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,309.37 | 24,309.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,044.77 | |
| | | | Subtotal | | 24,309.37 | 264.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $24,309.37 | $264.60 | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 8:11-bk-22154-KRM  
**Case Name:** SYLVITE SOUTHEAST, LTD.  
**Taxpayer ID #:** **-***9840  
**Period Ending:** 06/12/14  

**Trustee:** CAROLYN R. CHANEY (290680)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $64,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,044.77 | | 24,044.77 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.88 | 24,007.89 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.22 | 23,975.67 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.33 | 23,942.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.73 | 23,905.61 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.52 | 23,870.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.04 | 23,838.05 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.71 | 23,800.34 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.23 | 23,766.11 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.04 | 23,733.07 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.55 | 23,695.52 |
| 01/24/14 | 10103 | ALLAN C. WATKINS, ESQUIRE | Dividend paid 100.00% on $5,800.00, Attorney for Trustee Fees (Other Firm);  Reference: ATTORNEY FOR TRUSTEE | 3210-000 | | 5,800.00 | 17,895.52 |
| 01/24/14 | 10104 | ALLAN C. WATKINS, ESQUIRE | Dividend paid 100.00% on $35.31, Attorney for Trustee Expenses (Other Firm);  Reference: ATTORNEY FOR TRUSTEE EXP. | 3220-000 | | 35.31 | 17,860.21 |
| 01/24/14 | 10105 | CAROLYN R. CHANEY | Dividend paid 100.00% on $110.56, Trustee Expenses;  Reference: | 2200-000 | | 110.56 | 17,749.65 |
| 01/24/14 | 10106 | CAROLYN R. CHANEY | Dividend paid 100.00% on $3,180.94, Trustee Compensation;  Reference: | 2100-000 | | 3,180.94 | 14,568.71 |
| 01/24/14 | 10107 | Jim Mitchell, CPA | Dividend paid 100.00% on $1,002.00, Accountant for Trustee Fees (Other Firm); Reference: CPA FEES | 3410-000 | | 1,002.00 | 13,566.71 |
| 01/24/14 | 10108 | Internal Revenue Service | Dividend paid 100.00% on $1,286.15; Claim# 1 -2; Filed: $1,286.15; Reference: UNASSESSED-NO RETURN | 5800-000 | | 1,286.15 | 12,280.56 |
| 01/24/14 | 10109 | Uralkali Trading, S.A. | Dividend paid 0.44% on $2,759,883.80; Claim# 2; Filed: $2,759,883.80; Reference: | 7100-000 | | 12,280.56 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 24,044.77 | 24,044.77 | $0.00 |
| Less: Bank Transfers | | 24,044.77 | 0.00 | |
| **Subtotal** | | **0.00** | **24,044.77** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$24,044.77** | |

{} Asset reference(s)

Printed: 06/12/2014 11:39 AM     V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 8:11-bk-22154-KRM  
**Case Name:** SYLVITE SOUTHEAST, LTD.  
**Taxpayer ID #:** **-***9840  
**Period Ending:** 06/12/14  

**Trustee:** CAROLYN R. CHANEY (290680)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $64,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******22-66 | 24,309.37 | 264.60 | 0.00 |
| Checking # ******9166 | 0.00 | 24,044.77 | 0.00 |
| | $24,309.37 | $24,309.37 | $0.00 |

{} Asset reference(s)

Printed: 06/12/2014 11:39 AM     V.13.15