**[Doclose]**[Order Closing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov


In re:                                                    Case No. 8:11−bk−22154−KRM
                                                          Chapter 7


Sylvite Southeast, Ltd.




_____     Debtor*          /


ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, CANCELING BOND, AND CLOSING ESTATE


        The Court finds that the trustee in the above−captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate. Accordingly, it is

        **ORDERED:**

    1. The account of the trustee is approved and allowed, the estate is fully administered, and the estate is closed.

    2. The trustee is discharged from and relieved of the trust, the bond of the trustee
       is canceled, and the surety or sureties thereon are released from further
       liability thereunder, except any liability which may have accrued during the
       time such bond was in effect.

    3. All motions/objections/applications that have not been resolved are denied as moot.

    4. The Clerk shall dispose of any exhibits left unclaimed in any matter or
       proceeding unless notified by the appropriate party within 30 days.


        Dated:  July 25, 2014



                                    _____
                                    K. Rodney May
                                    United States Bankruptcy Judge

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.