UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                  Case No.:       8:11-bk-22154-KRM
                                                        Chapter:        7

Sylvite Southeast, Ltd.,
     Debtor.
_____/

**UNITED STATES TRUSTEE'S
EXPEDITED MOTION TO REOPEN CASE and
MOTION FOR ORDER DIRECTING THE UNITED STATES
TRUSTEE TO APPOINT A SUCCESSOR CHAPTER 7 TRUSTEE**

     Guy G. Gebhardt, Acting United States Trustee for Region 21, by and through his duly authorized Trial Attorney, moves this Honorable Court, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, for entry of an order reopening the above captioned bankruptcy case and directing the United States Trustee to appoint a chapter 7 trustee on the basis that additional undisclosed assets have been discovered which could be administered for the benefit of the bankruptcy estate and its creditors, and in support thereof would assert the following:

1. On December 1, 2011, the Debtor voluntarily commenced this chapter 7 case.

2. The United States Trustee appointed Carolyn R. Chaney as chapter 7 trustee.

3. Trustee Chaney administered the estate and the case was closed on July 25, 2014.

4. The United States Trustee has been notified that there property of this bankruptcy estate that has not been administered.

5. Given the possibility for recovery of assets, a meaningful distribution could be made to creditors of this bankruptcy estate.

6. This bankruptcy case should be reopened pursuant to 11 U.S.C. § 350(b).

7. The United States Trustee should be directed to appoint a trustee to administer the assets for the benefit of the bankruptcy estate and its creditors.

WHEREFORE PREMISES CONSIDERED, the United States Trustee respectfully prays that this Honorable Court enter an order granting the motion to reopen, set aside the final decree, reopen the chapter 7 case, direct the United States Trustee to appoint a successor chapter 7 trustee, and for such other and additional relief that this Honorable Court deems appropriate and necessary under these premises.

Dated: 24 March 2015

Respectfully submitted,

GUY G. GEBHARDT
Acting United States Trustee, Region 21

CYNTHIA P. BURNETTE
Assistant United States Trustee

By: /s/ J. Steven Wilkes (Ala. Bar. No. WIL-278)
J. Steven Wilkes
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee, Region 21
501 E. Polk Street, Suite 1200
Tampa, FL  33602
(813)228-2000 / fax (813)228-2303
steven.wilkes@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by United States Mail, to the following on or before 25 March 2015:

Sylvite Southeast, Ltd.
3221 North Service Road, Suite 200
Burlington, ON L7N3CA

Electronically:      Scott A. Stichter, Debtor's Counsel

                                        */s/ J. Steven Wilkes*
                                        Trial Attorney