UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 8:11-bk-22154-KRM
Chapter: 7

Sylvite Southeast, Ltd.,
    Debtor.
_____/

**ORDER GRANTING
MOTION TO REOPEN CASE and
DIRECTING THE UNITED STATES
TRUSTEE TO APPOINT A SUCCESSOR CHAPTER 7 TRUSTEE**

THIS CASE comes before the Court for consideration and ruling on the United States Trustee's Motion to Reopen Chapter 7 Case and Motion to Direct the United States Trustee to Appoint a Chapter 7 Trustee. (Doc. No. 47). Such motion is governed by 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010 and 9013. Upon a review of the case record and the motion, the Court finds and concludes that the motion is well taken and due to be granted. Accordingly, it is hereby **ORDERED** that:

1. The United States Trustee's Motion to Reopen Chapter 7 Case, (Doc. No.47), is **GRANTED**;

2. The Final Decree entered on July 25, 2014, (Doc. No. 46), in the above captioned bankruptcy case is **AMENDED** and **SUPERSEDED in part** consistent with this order. The Approval of Chapter 7 Trustee Carolyn Chaney's Final Account, the Discharge of Trustee Chaney, and the Cancelling of Trustee Chaney's Bond, as ordered by this Court on July 25, 2014, (Doc. No. 46), all remain unaffected by this Order;

3. The above captioned bankruptcy case is **REOPENED**;

4. The United States Trustee's additional requested Motion to Direct the United States Trustee to Appoint a Chapter 7 Trustee, (Doc. No. 47), is **GRANTED**; and

5. The United States Trustee is **DIRECTED** to appoint a successor chapter 7 trustee in this case to insure the prompt, efficient, and expeditious administration of the bankruptcy estate and this case.

**Dated:** _March 30, 2015_.

_____
K. Rodney May
United States Bankruptcy Court

Order furnished to:
All parties