# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| In re: SYLVITE SOUTHEAST, LTD. | § | Case No. 8:11-bk-22154-KRM |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 01, 2011.  The undersigned trustee was appointed on December 02, 2011.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $              76,840.10

Funds were disbursed in the following amounts:

| Payments made under an | |
|---|---|
| interim distribution | 13,566.71 |
| Administrative expenses | 10,158.81 |
| Bank service fees | 583.85 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $        52,530.73 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/04/2012 and the deadline for filing governmental claims was 05/29/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,092.01.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $3,180.94 as interim compensation and now requests the sum of $3,911.07, for a total compensation of $7,092.01.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $110.56 and now requests reimbursement for expenses of $27.94, for total expenses of $138.50.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2015          By:/s/CAROLYN R. CHANEY
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 8:11-bk-22154-KRM | Trustee: (290680) CAROLYN R. CHANEY |
| Case Name: SYLVITE SOUTHEAST, LTD. | Filed (f) or Converted (c): 12/01/11 (f) |
| | §341(a) Meeting Date: 01/05/12 |
| Period Ending: 08/26/15 | Claims Bar Date: 04/04/12 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1   Platinum Bank checking account | 103.78 | 103.78 | | 262.62 | FA |
| 2   Receivable due from Sylvite Terminal | 1,151,233.72 | 1,151,233.72 | | 20,000.00 | FA |
| 3   Receivable due from Tri-State Plant Food, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 4   2004 GMC Yukon | 1,000.00 | 1,000.00 | | 4,000.00 | FA |
| 5   Misc. office furniture (2 desks, 4 filing cab) | 500.00 | 500.00 | | 46.75 | FA |
| 6   Receipts - Other (u) (unclaimed funds held by Tri-State Plant Food, Inc. and remitted to USBC, MD Alabama, Case #09-12647) | 0.00 | 52,530.73 | | 52,530.73 | FA |
| 6   Assets   Totals (Excluding unknown values) | $1,152,837.50 | $1,205,368.23 | | $76,840.10 | $0.00 |

**Major Activities Affecting Case Closing:**

01/03/12- filed application to employ atty for Trustee. Mar. 2012 - file check; negotiating settlement of receivable.

06/13/12 - filed report of sale of receivable. 6/19/12 - filed report of sale of vehicle.

06/19/12 - filed application to employ auctioneer and report of sale of office furniture.

06/19/12 - claims register reviewed. 07/11/12 - issued bill of sale to Greenwood Chevrolet.

09/07/12 - received funds from settlement of receivable.

11/07/12 - filed application to pay auctioneer and notice of filing report of sale from auction; referral to CPA for final estate return. 12/07/12 - payment to auctioneer.

08/09/13 - filed tax returns w/ IRS.

TFR filed 11/26/13. TFR approved and NFR mailed 12/02/13.

Distribution to creditors 01/24/14. 02/26/14 - file check; 1 check to clear.

04/07/14 - file check; all checks cleared; prepare for TDR. TDR filed 06/12/14. TDR approved 07/24/14. Final Decree 07/25/14.

03/31/15 - case reopened to administer unscheduled asset. 06/30/15 - file check; awaiting receipt of funds.

07/06/15 - funds received. Supplemental TFR filed 08/26/15.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | December 31, 2012 | Current Projected Date Of Final Report (TFR): | August 26, 2015 (Actual) |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 8:11-bk-22154-KRM |
| **Case Name:** | SYLVITE SOUTHEAST, LTD. |
| **Taxpayer ID #:** | **-***9840 |
| **Period Ending:** | 08/26/15 |

| | |
|---|---|
| **Trustee:** | CAROLYN R. CHANEY (290680) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******22-66 - Checking Account |
| **Blanket Bond:** | $48,409,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/12 | {1} | Sylvite LLC | Funds in checking and petty cash | 1129-000 | 262.62 | | 262.62 |
| 06/28/12 | {4} | Greenwood Chevrolet | Sale of 2004 GMC Yukon, per notice 6/19/12. | 1129-000 | 4,000.00 | | 4,262.62 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,237.62 |
| 08/08/12 | {5} | Bay Area Auction Services, Inc | Proceeds from auction, per notice 6/19/12. | 1129-000 | 46.75 | | 4,284.37 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,259.37 |
| 09/07/12 | {2} | Saunders Law Group | Sale of account receivable, per notice 6/26/12. | 1121-000 | 20,000.00 | | 24,259.37 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.73 | 24,226.64 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.60 | 24,172.04 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.53 | 24,122.51 |
| 12/07/12 | 101 | BAY AREA AUCTION SERVICES, INC. | Ref # AUCTIONEER FEE - Order Approving Doc. #31 | 3610-000 | | 8.50 | 24,114.01 |
| 12/07/12 | 102 | BAY AREA AUCTION SERVICES, INC. | Ref # AUCTIONEER EXPENSE - Order Approving Doc. #31 | 3620-000 | | 21.50 | 24,092.51 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.74 | 24,044.77 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029068088 20130110 | 9999-000 | | 24,044.77 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 24,309.37 | 24,309.37 | **$0.00** |
| Less: Bank Transfers | 0.00 | 24,044.77 | |
| **Subtotal** | **24,309.37** | 264.60 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$24,309.37** | **$264.60** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8:11-bk-22154-KRM | **Trustee:** CAROLYN R. CHANEY (290680) |
| **Case Name:** SYLVITE SOUTHEAST, LTD. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9166 - Checking Account |
| **Taxpayer ID #:** **-***9840 | **Blanket Bond:** $48,409,000.00 (per case limit) |
| **Period Ending:** 08/26/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,044.77 | | 24,044.77 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.88 | 24,007.89 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.22 | 23,975.67 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.33 | 23,942.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.73 | 23,905.61 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.52 | 23,870.09 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.04 | 23,838.05 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.71 | 23,800.34 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.23 | 23,766.11 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.04 | 23,733.07 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.55 | 23,695.52 |
| 01/24/14 | 10103 | ALLAN C. WATKINS, ESQUIRE | Dividend paid 100.00% on $5,800.00, Attorney for Trustee Fees (Other Firm);  Reference: ATTORNEY FOR TRUSTEE | 3210-000 | | 5,800.00 | 17,895.52 |
| 01/24/14 | 10104 | ALLAN C. WATKINS, ESQUIRE | Dividend paid 100.00% on $35.31, Attorney for Trustee Expenses (Other Firm);  Reference: ATTORNEY FOR TRUSTEE EXP. | 3220-000 | | 35.31 | 17,860.21 |
| 01/24/14 | 10105 | CAROLYN R. CHANEY | Dividend paid 100.00% on $110.56, Trustee Expenses;  Reference: | 2200-000 | | 110.56 | 17,749.65 |
| 01/24/14 | 10106 | CAROLYN R. CHANEY | Dividend paid 100.00% on $3,180.94, Trustee Compensation;  Reference: | 2100-000 | | 3,180.94 | 14,568.71 |
| 01/24/14 | 10107 | Jim Mitchell, CPA | Dividend paid 100.00% on $1,002.00, Accountant for Trustee Fees (Other Firm); Reference: CPA FEES | 3410-000 | | 1,002.00 | 13,566.71 |
| 01/24/14 | 10108 | Internal Revenue Service | Dividend paid 100.00% on $1,286.15; Claim# 1 -2; Filed: $1,286.15; Reference: UNASSESSED-NO RETURN | 5800-000 | | 1,286.15 | 12,280.56 |
| 01/24/14 | 10109 | Uralkali Trading, S.A. | Dividend paid   0.44% on $2,759,883.80; Claim# 2; Filed: $2,759,883.80; Reference: | 7100-000 | | 12,280.56 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 24,044.77 | 24,044.77 | $0.00 |
| Less: Bank Transfers | 24,044.77 | 0.00 | |
| **Subtotal** | 0.00 | 24,044.77 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$24,044.77** | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 8:11-bk-22154-KRM | |
| Case Name: | SYLVITE SOUTHEAST, LTD. | |
| Taxpayer ID #: | **-***9840 | |
| Period Ending: | 08/26/15 | |

| | |
|---|---|
| Trustee: | CAROLYN R. CHANEY (290680) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******9167 - Checking Account |
| Blanket Bond: | $48,409,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/15 | {6} | United States Treasury | Receipts - Other (unclaimed funds held by Tri-State Plant Food, Inc. and remitted to USBC, MD Alabama, Case #09-12647). | 1229-000 | 52,530.73 | | 52,530.73 |
| | | | **ACCOUNT TOTALS** | | 52,530.73 | 0.00 | $52,530.73 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,530.73 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$52,530.73** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******22-66** | 24,309.37 | 264.60 | 0.00 |
| **Checking # ******9166** | 0.00 | 24,044.77 | 0.00 |
| **Checking # ******9167** | 52,530.73 | 0.00 | 52,530.73 |
| | $76,840.10 | $24,309.37 | $52,530.73 |

# Exhibit C - Claims Anaylsis

## Case:  8:11-bk-22154-KRM                SYLVITE SOUTHEAST, LTD.

Claims Bar Date:   04/04/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 -2 | Internal Revenue Service<br>Post Office Box 7317<br><br>Philadelphia, PA 19101-7317<br><5800-00  Claims of Governmental Units>,  570 | Priority<br>12/20/11 | UNASSESSED-<br>NO RETURN | $1,286.15<br>$1,286.15 | $1,286.15 | $0.00 |
| 2 | Uralkali Trading, S.A.<br>c/o Pierce J. Guard, Jr., Esquire<br>4200 South Florida Avenue<br>Lakeland, FL 33813<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/14/12 | | $2,759,883.80<br>$2,759,883.80 | $12,280.56 | $2,747,603.24 |
| 1U | Internal Revenue Service<br>Post Office Box 7317<br>Philadelphia, PA 19101-7346<br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>12/20/11 | | $7,800.00<br>$7,800.00 | $0.00 | $7,800.00 |
| | | | **Case Total:** | | **$13,566.71** | **$2,755,403.24** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:11-bk-22154-KRM
Case Name: SYLVITE SOUTHEAST, LTD.
Trustee Name: CAROLYN R. CHANEY

**Balance on hand:**      $      52,530.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    52,530.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CAROLYN R. CHANEY | 7,092.01 | 3,180.94 | 3,911.07 |
| Trustee, Expenses - CAROLYN R. CHANEY | 138.50 | 110.56 | 27.94 |
| Attorney for Trustee, Fees - ALLAN C. WATKINS, ESQUIRE | 1,305.00 | 0.00 | 1,305.00 |
| Attorney for Trustee, Expenses - ALLAN C. WATKINS, ESQUIRE | 8.60 | 0.00 | 8.60 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:    $    5,512.61
Remaining balance:    $    47,018.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    47,018.12

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,286.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Internal Revenue Service | 1,286.15 | 1,286.15 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 47,018.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,759,883.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Uralkali Trading, S.A. | 2,759,883.80 | 12,280.56 | 47,018.12 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 47,018.12 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 7,800.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 7,800.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**