**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa DIVISION**

In re: SYLVITE SOUTHEAST, LTD. § Case No. 8:11-bk-22154-KRM
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

CAROLYN R. CHANEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $60,584.83 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $16,255.27 | | |

3) Total gross receipts of $76,840.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $76,840.10 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $16,255.26 | $16,255.26 | $16,255.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,286.15 | $1,286.15 | $1,286.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,801,511.92 | $2,767,683.80 | $2,767,683.80 | $59,298.68 |
| **TOTAL DISBURSEMENTS** | $2,801,511.92 | $2,785,225.21 | $2,785,225.21 | $76,840.10 |

4) This case was originally filed under chapter 7 on 12/01/2011. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/27/2016     By: /s/ CAROLYN R. CHANEY
                                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Receipts - Other | 1229-000 | $52,530.73 |
| Misc. office furniture (2 desks, 4 filing cab) | 1129-000 | $46.75 |
| Platinum Bank checking account | 1129-000 | $262.62 |
| 2004 GMC Yukon | 1129-000 | $4,000.00 |
| Receivable due from Sylvite Terminal | 1121-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$76,840.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAROLYN R. CHANEY | 2100-000 | NA | $7,092.00 | $7,092.00 | $7,092.01 |
| CAROLYN R. CHANEY | 2200-000 | NA | $138.50 | $138.50 | $138.50 |
| BAY AREA AUCTION SERVICES, INC. | 3610-000 | NA | $8.50 | $8.50 | $8.50 |
| BAY AREA AUCTION SERVICES, INC. | 3620-000 | NA | $21.50 | $21.50 | $21.50 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| The Bank of New York Mellon | 2600-000 | NA | $234.60 | $234.60 | $234.60 |
| Rabobank, N.A. | 2600-000 | NA | $349.25 | $349.25 | $349.25 |
| ALLAN C. WATKINS, ESQUIRE | 3210-000 | NA | $7,105.00 | $7,105.00 | $7,105.00 |
| ALLAN C. WATKINS, ESQUIRE | 3220-000 | NA | $43.91 | $43.91 | $43.91 |
| Jim Mitchell, CPA | 3410-000 | NA | $1,002.00 | $1,002.00 | $1,002.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $0.00 | $16,255.26 | $16,255.26 | $16,255.27 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Internal Revenue Service | 5800-000 | $0.00 | $1,286.15 | $1,286.15 | $1,286.15 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $1,286.15 | $1,286.15 | $1,286.15 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7300-000 | $0.00 | $7,800.00 | $7,800.00 | $0.00 |
| 2 | Uralkali Trading, S.A. | 7100-000 | $2,727,601.16 | $2,759,883.80 | $2,759,883.80 | $59,298.68 |
| N/F | Sylvite Southeast, LLC | 7100-000 | $73,910.76 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,801,511.92** | **$2,767,683.80** | **$2,767,683.80** | **$59,298.68** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 8:11-bk-22154-KRM
**Case Name:** SYLVITE SOUTHEAST, LTD.
**For Period Ending:** 01/27/2016

**Trustee Name:** (290680) CAROLYN R. CHANEY
**Date Filed (f) or Converted (c):** 12/01/2011 (f)
**§ 341(a) Meeting Date:** 01/05/2012
**Claims Bar Date:** 04/04/2012

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Platinum Bank checking account | 103.78 | 103.78 | | 262.62 | FA |
| 2 | Receivable due from Sylvite Terminal | 1,151,233.72 | 1,151,233.72 | | 20,000.00 | FA |
| 3 | Receivable due from Tri-State Plant Food, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2004 GMC Yukon | 1,000.00 | 1,000.00 | | 4,000.00 | FA |
| 5 | Misc. office furniture (2 desks, 4 filing cab) | 500.00 | 500.00 | | 46.75 | FA |
| 6 | Receipts - Other (u)<br>(unclaimed funds held by Tri-State Plant Food, Inc. and remitted to USBC, MD Alabama, Case #09-12647) | 0.00 | 52,530.73 | | 52,530.73 | FA |
| | **Assets    Totals**    (Excluding unknown values) | **$1,152,837.50** | **$1,205,368.23** | | **$76,840.10** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 8:11-bk-22154-KRM | **Trustee Name:** (290680) CAROLYN R. CHANEY |
| **Case Name:** SYLVITE SOUTHEAST, LTD. | **Date Filed (f) or Converted (c):** 12/01/2011 (f) |
| | **§ 341(a) Meeting Date:** 01/05/2012 |
| **For Period Ending:** 01/27/2016 | **Claims Bar Date:** 04/04/2012 |

**Major Activities Affecting Case Closing:**

01/03/12- filed application to employ atty for Trustee.  Mar. 2012 - file check; negotiating settlement of receivable.
06/13/12 - filed report of sale of receivable.  6/19/12 - filed report of sale of vehicle.
06/19/12 - filed application to employ auctioneer and report of sale of office furniture.
06/19/12 - claims register reviewed.  07/11/12 - issued bill of sale to Greenwood Chevrolet.
09/07/12 - received funds from settlement of receivable.
11/07/12 - filed application to pay auctioneer and notice of filing report of sale from auction; referral to CPA for final estate return.  12/07/12 - payment to auctioneer.  08/09/13 - filed tax returns w/ IRS.
TFR filed 11/26/13.  TFR approved and NFR mailed 12/02/13.
Distribution to creditors 01/24/14.  02/26/14 - file check; 1 check to clear.
04/07/14 - file check; all checks cleared; prepare for TDR.  TDR filed 06/12/14.  TDR approved 07/24/14.  Final Decree 07/25/14.
03/31/15 - case reopened to administer unscheduled asset.  06/30/15 - file check; awaiting receipt of funds.
07/06/15 - funds received.  Supplemental TFR filed 08/26/15.
09/15/15 - supplemental TFR approved and NFR mailed.
10/31/15 - distribution to creditors.
01/27/16 - TDR submitted to UST.

**Initial Projected Date Of Final Report (TFR):** 12/31/2012

**Current Projected Date Of Final Report (TFR):** 08/26/2015

01/27/2016
Date

/s/CAROLYN R. CHANEY
CAROLYN R. CHANEY

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 8:11-bk-22154-KRM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | SYLVITE SOUTHEAST, LTD. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***9840 | Account #: | **********2266 Checking Account |
| For Period Ending: | 01/27/2016 | Blanket Bond (per case limit): | $48,409,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/13/2012 | {1} | Sylvite LLC | Funds in checking and petty cash | 1129-000 | 262.62 |  | 262.62 |
| 06/28/2012 | {4} | Greenwood Chevrolet | Sale of 2004 GMC Yukon, per notice 6/19/12. | 1129-000 | 4,000.00 |  | 4,262.62 |
| 07/31/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 4,237.62 |
| 08/08/2012 | {5} | Bay Area Auction Services, Inc | Proceeds from auction, per notice 6/19/12. | 1129-000 | 46.75 |  | 4,284.37 |
| 08/31/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 4,259.37 |
| 09/07/2012 | {2} | Saunders Law Group | Sale of account receivable, per notice 6/26/12. | 1121-000 | 20,000.00 |  | 24,259.37 |
| 09/28/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 32.73 | 24,226.64 |
| 10/31/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 54.60 | 24,172.04 |
| 11/30/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 49.53 | 24,122.51 |
| 12/07/2012 | 101 | BAY AREA AUCTION SERVICES, INC. | Ref # AUCTIONEER FEE - Order Approving Doc. #31 | 3610-000 |  | 8.50 | 24,114.01 |
| 12/07/2012 | 102 | BAY AREA AUCTION SERVICES, INC. | Ref # AUCTIONEER EXPENSE - Order Approving Doc. #31 | 3620-000 |  | 21.50 | 24,092.51 |

{} Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 8:11-bk-22154-KRM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | SYLVITE SOUTHEAST, LTD. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***9840 | Account #: | **********2266 Checking Account |
| For Period Ending: | 01/27/2016 | Blanket Bond (per case limit): | $48,409,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.74 | 24,044.77 |
| 01/10/2013 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********8088 20130110 | 9999-000 | | 24,044.77 | 0.00 |
| | | | COLUMN TOTALS | | 24,309.37 | 24,309.37 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 24,044.77 | |
| | | | Subtotal | | 24,309.37 | 264.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $24,309.37 | $264.60 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 8:11-bk-22154-KRM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | SYLVITE SOUTHEAST, LTD. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9840 | Account #: | ******9166 Checking Account |
| For Period Ending: | 01/27/2016 | Blanket Bond (per case limit): | $48,409,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/11/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,044.77 | | 24,044.77 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.88 | 24,007.89 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.22 | 23,975.67 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.33 | 23,942.34 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.73 | 23,905.61 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.52 | 23,870.09 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.04 | 23,838.05 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.71 | 23,800.34 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.23 | 23,766.11 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.04 | 23,733.07 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.55 | 23,695.52 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 8:11-bk-22154-KRM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | SYLVITE SOUTHEAST, LTD. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9840 | Account #: | ******9166 Checking Account |
| For Period Ending: | 01/27/2016 | Blanket Bond (per case limit): | $48,409,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/24/2014 | 10103 | ALLAN C. WATKINS, ESQUIRE | Dividend paid 100.00% on $5,800.00, Attorney for Trustee Fees (Other Firm); Reference: ATTORNEY FOR TRUSTEE | 3210-000 |  | 5,800.00 | 17,895.52 |
| 01/24/2014 | 10104 | ALLAN C. WATKINS, ESQUIRE | Dividend paid 100.00% on $35.31, Attorney for Trustee Expenses (Other Firm); Reference: ATTORNEY FOR TRUSTEE EXP. | 3220-000 |  | 35.31 | 17,860.21 |
| 01/24/2014 | 10105 | CAROLYN R. CHANEY | Dividend paid 100.00% on $110.56, Trustee Expenses; Reference: | 2200-000 |  | 110.56 | 17,749.65 |
| 01/24/2014 | 10106 | CAROLYN R. CHANEY | Dividend paid 100.00% on $3,180.94, Trustee Compensation; Reference: | 2100-000 |  | 3,180.94 | 14,568.71 |
| 01/24/2014 | 10107 | Jim Mitchell, CPA | Dividend paid 100.00% on $1,002.00, Accountant for Trustee Fees (Other Firm); Reference: CPA FEES | 3410-000 |  | 1,002.00 | 13,566.71 |
| 01/24/2014 | 10108 | Internal Revenue Service | Dividend paid 100.00% on $1,286.15; Claim# 1 -2; Filed: $1,286.15; Reference: UNASSESSED-NO RETURN | 5800-000 |  | 1,286.15 | 12,280.56 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 8:11-bk-22154-KRM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | SYLVITE SOUTHEAST, LTD. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9840 | Account #: | ******9166 Checking Account |
| For Period Ending: | 01/27/2016 | Blanket Bond (per case limit): | $48,409,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/24/2014 | 10109 | Uralkali Trading, S.A. | Dividend paid 0.44% on $2,759,883.80; Claim# 2; Filed: $2,759,883.80; Reference: | 7100-000 |  | 12,280.56 | 0.00 |
|  |  |  | **COLUMN TOTALS** |  | 24,044.77 | 24,044.77 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 24,044.77 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 24,044.77 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$24,044.77** |  |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 8:11-bk-22154-KRM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | SYLVITE SOUTHEAST, LTD. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9840 | Account #: | ******9167 Checking Account |
| For Period Ending: | 01/27/2016 | Blanket Bond (per case limit): | $48,409,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/2015 | {6} | United States Treasury | Receipts - Other (unclaimed funds held by Tri-State Plant Food, Inc. and remitted to USBC, MD Alabama, Case #09-12647). | 1229-000 | 52,530.73 | | 52,530.73 |
| 10/31/2015 | 101 | CAROLYN R. CHANEY | Dividend paid 100.00% on $138.50, Trustee Expenses; Reference: | 2200-000 | | 27.94 | 52,502.79 |
| 10/31/2015 | 102 | CAROLYN R. CHANEY | Dividend paid 100.00% on $7,092.01, Trustee Compensation; Reference: | 2100-000 | | 3,911.07 | 48,591.72 |
| 10/31/2015 | 103 | ALLAN C. WATKINS, ESQUIRE | Dividend paid 100.00% on $1,305.00, Attorney for Trustee Fees (Other Firm); Reference: ATTORNEY FOR TRUSTEE | 3210-000 | | 1,305.00 | 47,286.72 |
| 10/31/2015 | 104 | ALLAN C. WATKINS, ESQUIRE | Dividend paid 100.00% on $8.60, Attorney for Trustee Expenses (Other Firm); Reference: ATTORNEY FOR TRUSTEE EXP. | 3220-000 | | 8.60 | 47,278.12 |
| 10/31/2015 | 105 | CLERK, U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: REOPENING FEE | 2700-000 | | 260.00 | 47,018.12 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 8:11-bk-22154-KRM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | SYLVITE SOUTHEAST, LTD. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9840 | Account #: | ******9167 Checking Account |
| For Period Ending: | 01/27/2016 | Blanket Bond (per case limit): | $48,409,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2015 | 106 | Uralkali Trading, S.A. | Dividend paid 2.14% on $2,759,883.80; Claim# 2; Filed: $2,759,883.80; Reference: | 7100-000 | | 47,018.12 | 0.00 |
| | | | **COLUMN TOTALS** | | 52,530.73 | 52,530.73 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,530.73 | 52,530.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$52,530.73** | **$52,530.73** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 8:11-bk-22154-KRM |
| **Case Name:** | SYLVITE SOUTHEAST, LTD. |
| **Taxpayer ID #:** | **-***9840 |
| **For Period Ending:** | 01/27/2016 |

| | |
|---|---|
| **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9167 Checking Account |
| **Blanket Bond (per case limit):** | $48,409,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $76,840.10 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $76,840.10 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********2266 Checking Account | $24,309.37 | $264.60 | $0.00 |
| ******9166 Checking Account | $0.00 | $24,044.77 | $0.00 |
| ******9167 Checking Account | $52,530.73 | $52,530.73 | $0.00 |
| | **$76,840.10** | **$76,840.10** | **$0.00** |

**01/27/2016**
**Date**

**/s/CAROLYN R. CHANEY**
**CAROLYN R. CHANEY**

**UST Form 101-7-TDR (10 /1/2010)**